# U.S. District Court
## Eastern District of TEXAS [LIVE] (Marshall)
## CIVIL DOCKET FOR CASE #: 2:21–cv–00435–JRG

Jawbone Innovations, LLC v. Amazon.com, Inc. et al  
Assigned to: District Judge Rodney Gilstrap  
Related Case: 2:21–cv–00186–JRG–RSP  
Cause: 28:1338 Patent Infringement  

Date Filed: 11/29/2021  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

**Plaintiff**

**Jawbone Innovations, LLC**  represented by  **Jacob Daniel Ostling**  
Fabricant LLP – Rye  
411 Theodore Fremd Road  
Suite 206 South  
Rye, NY 10580  
212–257–5797  
Fax: 212–257–5796  
Email: jostling@fabricantllp.com  
*ATTORNEY TO BE NOTICED*  

**Jennifer Leigh Truelove**  
McKool Smith, P.C. – Marshall  
104 East Houston St  
Suite 300  
Marshall, TX 75670  
903–923–9000  
Fax: 903–923–9099  
Email: jtruelove@mckoolsmith.com  
*ATTORNEY TO BE NOTICED*  

**Peter Lambrianakos**  
Fabricant LLP  
411 Theodore Fremd Avenue  
Suite 206 South  
Rye, NY 10580  
212–257–5797  
Fax: 212–257–5796  
Email: plambrianakos@fabricantllp.com  
*ATTORNEY TO BE NOTICED*  

**Richard Matthew Cowell**  
Fabricant LLP – Rye  
411 Theodore Fremd Road  
Suite 206 South  
Rye, NY 10580  
212–257–5797  
Fax: 212–257–5796  
Email: rcowell@fabricantllp.com  
*ATTORNEY TO BE NOTICED*

                                        **Samuel Franklin Baxter**
McKool Smith, P.C. – Marshall
104 East Houston St
Suite 300
Marshall, TX 75670
903/923–9000
Fax: 903–923–9099
Email: sbaxter@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Vincent J Rubino , III**
Fabricant LLP – NY
230 Park Avenue
3rd Floor W.
New York, NY 10169
212–257–5797
Fax: 212.257.5796
Email: vrubino@fabricantllp.com
*ATTORNEY TO BE NOTICED*

**Alfred Ross Fabricant**
Fabricant LLP – NY
230 Park Avenue
3rd Floor W.
New York, NY 10169
212–257–5797
Fax: 212–257–5796
Email: ffabricant@fabricantllp.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Amazon.com, Inc.**     represented by     **Colin B. Heideman**
Knobbe Martens Olson & Bear LLP – Seattle
925 Fourth Avenue
Suite 2500
Seattle, WA 98104
206–405–2000
Fax: 206–405–2001
Email: colin.heideman@knobbe.com
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**
The Dacus Firm, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
903/705–1117
Fax: 903/581–2543
Email: ddacus@dacusfirm.com
*ATTORNEY TO BE NOTICED*

**Jeremy A. Anapol**
Knobbe Martens Olson & Bear LLP – Irvine
2040 Main St
Fourteenth Floor
Irvine, CA 92614
949.760.0404
Fax: 949.760.9502
Email: jeremy.anapol@knobbe.com
*ATTORNEY TO BE NOTICED*

**Joseph R. Re**
Knobbe Martens Olson & Bear LLP – Irvine
2040 Main St
Fourteenth Floor
Irvine, CA 92614
949–760–0404
Fax: 949–760–9502
Email: joseph.re@knobbe.com
*ATTORNEY TO BE NOTICED*

**Logan Young**
Knobbe Martens Olson & Bear LLP – Seattle
925 Fourth Avenue
Suite 2500
Seattle, WA 98104
206–405–2000
Fax: 206–405–2001
Email: logan.young@knobbe.com
*ATTORNEY TO BE NOTICED*

**Mark Lezama**
Knobbe Martens
2040 Main St.
Ste 14th Floor
Irvine, CA 92614
949–760–0404
Fax: 949–760–9502
Email: mark.lezama@knobbe.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Amazon.com Services, Inc.** | represented by | **Colin B. Heideman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Deron R Dacus**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeremy A. Anapol**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph R. Re** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Logan Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Lezama**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2021 | Ï 1 | COMPLAINT *FOR PATENT INFRINGEMENT* against Amazon.com Services, Inc., Amazon.com, Inc. ( Filing fee $ 402 receipt number 0540−8689059.), filed by Jawbone Innovations, LLC. (Attachments: # 1 Exhibit A – U.S. Patent No. 8,019,091, # 2 Exhibit B – U.S. Patent No. 7,246,058, # 3 Exhibit C – U.S. Patent No. 8,280,072, # 4 Exhibit D – U.S. Patent No. 8,321,213, # 5 Exhibit E – U.S. Patent No. 8,326,611, # 6 Exhibit F – U.S. Patent No. 10,779,080, # 7 Exhibit G – U.S. Patent No. 11,122,357, # 8 Exhibit H – U.S. Patent No. 8,467,543, # 9 Civil Cover Sheet)(Fabricant, Alfred) (Entered: 11/29/2021) |
| 11/29/2021 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Fabricant, Alfred) (Entered: 11/29/2021) |
| 11/29/2021 | Ï 3 | CORPORATE DISCLOSURE STATEMENT filed by Jawbone Innovations, LLC (Fabricant, Alfred) (Entered: 11/29/2021) |
| 11/29/2021 | Ï 4 | NOTICE of Attorney Appearance by Alfred Ross Fabricant on behalf of Jawbone Innovations, LLC (Fabricant, Alfred) (Entered: 11/29/2021) |
| 11/29/2021 | Ï 5 | NOTICE of Attorney Appearance by Peter Lambrianakos on behalf of Jawbone Innovations, LLC (Lambrianakos, Peter) (Entered: 11/29/2021) |
| 11/29/2021 | Ï 6 | NOTICE of Attorney Appearance by Vincent J Rubino, III on behalf of Jawbone Innovations, LLC (Rubino, Vincent) (Entered: 11/29/2021) |
| 11/30/2021 | Ï | Case assigned to District Judge Rodney Gilstrap. (ch, ) (Entered: 11/30/2021) |
| 11/30/2021 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (ch, ) (Entered: 11/30/2021) |
| 11/30/2021 | Ï 7 | SUMMONS Issued as to Amazon.com Services, Inc., Amazon.com, Inc.. (Attachments: # 1 Summons(es))(ch, ) (Entered: 11/30/2021) |
| 11/30/2021 | Ï 8 | NOTICE of Attorney Appearance by Samuel Franklin Baxter on behalf of Jawbone Innovations, LLC (Baxter, Samuel) (Entered: 11/30/2021) |
| 11/30/2021 | Ï 9 | NOTICE of Attorney Appearance by Jennifer Leigh Truelove on behalf of Jawbone Innovations, LLC (Truelove, Jennifer) (Entered: 11/30/2021) |
| 11/30/2021 | Ï 10 | NOTICE of Attorney Appearance by Jacob Daniel Ostling on behalf of Jawbone Innovations, LLC (Ostling, Jacob) (Entered: 11/30/2021) |

| | | |
|---|---|---|
| 12/06/2021 | Ï 11 | SUMMONS Returned Executed by Jawbone Innovations, LLC. Amazon.com, Inc. served on 12/1/2021, answer due 12/22/2021. (Fabricant, Alfred) (Entered: 12/06/2021) |
| 12/06/2021 | Ï 12 | SUMMONS Returned Executed by Jawbone Innovations, LLC. Amazon.com Services, Inc. served on 12/1/2021, answer due 12/22/2021. (Fabricant, Alfred) (Entered: 12/06/2021) |
| 12/15/2021 | Ï 13 | NOTICE of Attorney Appearance by Richard Matthew Cowell on behalf of Jawbone Innovations, LLC (Cowell, Richard) (Entered: 12/15/2021) |
| 12/20/2021 | Ï 14 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Amazon.com Services, Inc., Amazon.com, Inc..( Dacus, Deron) (Entered: 12/20/2021) |
| 12/21/2021 | Ï | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV–12 for Amazon.com Services, Inc. to 1/21/2022; Amazon.com, Inc. to 1/21/2022. 30 Days Granted for Deadline Extension.( nkl, ) (Entered: 12/21/2021) |
| 12/21/2021 | Ï 15 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Amazon.com Services, Inc., Amazon.com, Inc..( Dacus, Deron) (Entered: 12/21/2021) |
| 12/22/2021 | Ï | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV–12 for Amazon.com Services, Inc. to 2/7/2022; Amazon.com, Inc. to 2/7/2022. 15 Days Granted for Deadline Extension.( nkl, ) (Entered: 12/22/2021) |
| 02/07/2022 | Ï 16 | ANSWER to 1 Complaint,, by Amazon.com Services, Inc., Amazon.com, Inc..(Dacus, Deron) (Entered: 02/07/2022) |
| 02/07/2022 | Ï 17 | CORPORATE DISCLOSURE STATEMENT filed by Amazon.com Services, Inc., Amazon.com, Inc. (Dacus, Deron) (Entered: 02/07/2022) |
| 02/07/2022 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (ch, ) (Entered: 02/07/2022) |
| 02/15/2022 | Ï 18 | ORDER – Scheduling Conference set for 3/16/2022 02:00 PM before District Judge Rodney Gilstrap. Signed by District Judge Rodney Gilstrap on 2/15/2022. (ch, ) (Entered: 02/15/2022) |
| 02/18/2022 | Ï 19 | NOTICE of Attorney Appearance – Pro Hac Vice by Joseph R. Re on behalf of Amazon.com Services, Inc., Amazon.com, Inc.. Filing fee $ 100, receipt number 0540–8795544. (Re, Joseph) (Entered: 02/18/2022) |
| 02/18/2022 | Ï 20 | NOTICE of Attorney Appearance – Pro Hac Vice by Colin B. Heideman on behalf of Amazon.com Services, Inc., Amazon.com, Inc.. Filing fee $ 100, receipt number 0540–8795572. (Heideman, Colin) (Entered: 02/18/2022) |
| 02/18/2022 | Ï 21 | NOTICE of Attorney Appearance – Pro Hac Vice by Jeremy A. Anapol on behalf of Amazon.com Services, Inc., Amazon.com, Inc.. Filing fee $ 100, receipt number 0540–8795596. (Anapol, Jeremy) (Entered: 02/18/2022) |
| 02/18/2022 | Ï 22 | NOTICE of Attorney Appearance – Pro Hac Vice by Logan Young on behalf of Amazon.com Services, Inc., Amazon.com, Inc.. Filing fee $ 100, receipt number 0540–8795638. (Young, Logan) (Entered: 02/18/2022) |
| 02/28/2022 | Ï 23 | Joint MOTION for Extension of Time as to Infringement and Invalidity Contentions by Jawbone Innovations, LLC. (Attachments: # 1 Text of Proposed Order)(Lambrianakos, Peter) (Entered: 02/28/2022) |

| | | |
|---|---|---|
| 02/28/2022 | 24 | AMENDED COMPLAINT *FOR PATENT INFRINGEMENT* against Amazon.com Services, Inc., Amazon.com, Inc., filed by Jawbone Innovations, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Fabricant, Alfred) (Entered: 02/28/2022) |
| 03/10/2022 | 25 | MOTION to Change Venue *Pursuant to 28 USC 1404(a)* by Amazon.com Services, Inc., Amazon.com, Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Affidavit Declaration of Jeremy Anapol, # 3 Exhibit 1 – Certificate of Formation, # 4 Exhibit 2 – PTO Notices, # 5 Exhibit 3 – Baxter Building listing, # 6 Exhibit 4 – Petit LinkedIn profile, # 7 Exhibit 5 – Jing LinkedIn profile, # 8 Exhibit 6 – Einaudi LinkedIn profile, # 9 Exhibit 7 – Alameda County Tax Assessor record, # 10 Exhibit 8 – Burnett LinkedIn profile, # 11 Exhibit 9 – Asseily LinkedIn profile, # 12 Exhibit 10 – Courtney & Gregory patent prosecution filings, # 13 Exhibit 11 – AliphCom Power of Attorney, # 14 Exhibit 12 – Denny, Kokka and Yuan prosecution filings, # 15 Exhibit 13 – Luna Affidavit submitted in 13/959,708, # 16 Exhibit 14 – Gregory LinkedIn profile, # 17 Exhibit 15 – Courtney LinkedIn profile, # 18 Exhibit 16 – Kokka LinkedIn profile, # 19 Exhibit 17 – Denny LinkedIn profile, # 20 Exhibit 18 – Yuan LinkedIn profile, # 21 Exhibit 19 – AliphCom Patent Security Agreement, # 22 Exhibit 20 – AliphCom IP Assignment Agreement, # 23 Exhibit 21 – Rahman LinkedIn profile, # 24 Exhibit 22 – Luna LinkedIn profile, # 25 Exhibit 23 – Jawbone Disclosure of Asserted Claims and Infringement Contentions, # 26 Exhibit 24 – Fortune article, # 27 Exhibit 25 – US Patent 10,972,834, # 28 Exhibit 26 – Lee LinkedIn profile, # 29 Exhibit 27 – Harris LinkedIn profile, # 30 Exhibit 28 – Yen LinkedIn profile, # 31 Exhibit 29 – Google Flights listing, # 32 Exhibit 30 – Google Flights listing, # 33 Exhibit 31 – UCC Financing Statement, # 34 Exhibit 32 – Southeast Texas Record article, # 35 Exhibit 33 – Lab126.com archived page, # 36 Affidavit Declaration of Philip Hilmes, # 37 Affidavit Declaration of Andrew Bignell, # 38 Affidavit Declaration of Michael Gore)(Anapol, Jeremy) (Entered: 03/10/2022) |
| 03/11/2022 | 26 | ORDER granting 23 Joint MOTION for Extension of Time as to Infringement and Invalidity Contentions. Signed by District Judge Rodney Gilstrap on 3/11/2022. (ch, ) (Entered: 03/11/2022) |
| 03/15/2022 | 27 | ANSWER to 24 Amended Complaint, by Amazon.com Services, Inc., Amazon.com, Inc..(Heideman, Colin) (Entered: 03/15/2022) |
| 03/16/2022 |  | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (ch, ) (Entered: 03/16/2022) |
| 03/16/2022 |  | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Scheduling Conference held on 3/16/2022. Counsel for the parties appeared. Court asked whether they consented to trial before the U.S. Magistrate Judge. Court then gave the parties Claim Construction and Jury Selection/Trial dates. (Court Reporter Shawn McRoberts, RMR, CRR) (aeb) (Entered: 03/17/2022) |
| 03/21/2022 | 28 | Agreed MOTION for Extension of Time for Plaintiff's Response and Defendants' Reply to Defendants' Motion to Transfer Venue by Jawbone Innovations, LLC. (Attachments: # 1 Text of Proposed Order)(Lambrianakos, Peter) (Entered: 03/21/2022) |
| 03/24/2022 | 29 | ORDER granting 28 Motion for Extension of Time for Plaintiffs Response and Defendants Reply to Defendants Motion to Transfer Venue. Signed by District Judge Rodney Gilstrap on 3/23/2022. (nkl, ) (Entered: 03/24/2022) |
| 03/30/2022 | 30 | Joint MOTION for Entry of Agreed Docket Control Order by Jawbone Innovations, LLC. (Attachments: # 1 Exhibit A – Proposed Docket Control Order)(Fabricant, Alfred) (Entered: 03/30/2022) |
| 03/30/2022 | 31 | |

| | | |
|---|---|---|
| | | Joint MOTION for Entry of Agreed Discovery Order by Jawbone Innovations, LLC. (Attachments: # 1 Exhibit A – Proposed Discovery Order)(Fabricant, Alfred) (Entered: 03/30/2022) |
| 03/30/2022 | 32 | Joint MOTION for Entry of Agreed Order Focusing Patent Claims and Prior Art by Jawbone Innovations, LLC. (Attachments: # 1 Exhibit A – Proposed Order Focusing Patent Claims and Prior Art)(Fabricant, Alfred) (Entered: 03/30/2022) |
| 04/06/2022 | 33 | DOCKET CONTROL ORDER– Markman Hearing set for 1/18/2023 09:00 AM before District Judge Rodney Gilstrap., Jury Selection set for 7/10/2023 09:00AM before District Judge Rodney Gilstrap., Pretrial Conference set for 6/5/2023 01:30 PM before District Judge Rodney Gilstrap.). Signed by District Judge Rodney Gilstrap on 04/06/2022. (klc, ) (Entered: 04/06/2022) |
| 04/06/2022 | 34 | DISCOVERY ORDER. Signed by District Judge Rodney Gilstrap on 04/06/2022. (klc, ) (Entered: 04/06/2022) |
| 04/06/2022 | 35 | NOTICE by Amazon.com Services, Inc., Amazon.com, Inc. *of Compliance with Docket Control Order and Discovery Order Paragraphs 1 & 2 (Initial and Additional Disclosures)* (Heideman, Colin) (Entered: 04/06/2022) |
| 04/06/2022 | 36 | Joint MOTION for Extension of Time for Parties to Submit Proposed Protective Order by Jawbone Innovations, LLC. (Attachments: # 1 Text of Proposed Order)(Lambrianakos, Peter) (Entered: 04/06/2022) |
| 04/07/2022 | 37 | ORDER granting 36 Motion for Extension of Time for Parties to Submit Proposed Protective Order. Signed by District Judge Rodney Gilstrap on 4/7/2022. (nkl, ) (Entered: 04/07/2022) |
| 04/07/2022 | 38 | Unopposed MOTION for Leave to File Under Seal by Jawbone Innovations, LLC. (Attachments: # 1 Text of Proposed Order)(Fabricant, Alfred) (Entered: 04/07/2022) |
| 04/07/2022 | 39 | SEALED RESPONSE In Opposition to Motion re 25 MOTION to Change Venue *Pursuant to 28 USC 1404(a)* filed by Jawbone Innovations, LLC. (Attachments: # 1 Declaration of Alfred R. Fabricant, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50, # 52 Exhibit 51, # 53 Exhibit 52, # 54 Text of Proposed Order)(Fabricant, Alfred) (Entered: 04/07/2022) |
| 04/08/2022 | 40 | ORDER granting 38 Motion for Leave to File Under Seal. Court ORDERS that Dkt. No. 39 and all exhibits thereto should be and hereby are SEALED. Signed by District Judge Rodney Gilstrap on 4/8/2022. (ch, ) (Entered: 04/11/2022) |
| 04/11/2022 | 41 | ORDER granting 32 Joint MOTION for Entry of Agreed Order Focusing Patent Claims and Prior Art. Signed by District Judge Rodney Gilstrap on 4/11/2022. (ch, ) (Entered: 04/11/2022) |
| 04/12/2022 | 42 | REDACTION to 39 Sealed Response to Motion,,,, by Jawbone Innovations, LLC. (Attachments: # 1 Declaration of Alfred R. Fabricant, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit |

| | | |
|---|---|---|
| | | 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50, # 52 Exhibit 51, # 53 Exhibit 52, # 54 Text of Proposed Order)(Fabricant, Alfred) (Entered: 04/12/2022) |
| 04/13/2022 | Ï 43 | Joint MOTION for Entry of Agreed Protective Order by Jawbone Innovations, LLC. (Attachments: # 1 Exhibit A – Proposed Protective Order)(Fabricant, Alfred) (Entered: 04/13/2022) |
| 04/14/2022 | Ï 44 | PROTECTIVE ORDER granting 43 Joint MOTION for Entry of Agreed Protective Order. Signed by District Judge Rodney Gilstrap on 4/14/2022. (ch, ) (Entered: 04/14/2022) |
| 04/14/2022 | Ï 45 | NOTICE by Jawbone Innovations, LLC *Regarding Compliance with Service of Its Initial Disclosures to Defendants* (Fabricant, Alfred) (Entered: 04/14/2022) |
| 04/18/2022 | Ï 46 | Joint MOTION for Entry of Agreed E–Discovery Order by Jawbone Innovations, LLC. (Attachments: # 1 Exhibit A – Proposed E–Discovery Order)(Fabricant, Alfred) (Entered: 04/18/2022) |
| 04/19/2022 | Ï 47 | ORDER REGARDING E–DISCOVERY granting 46 Joint MOTION for Entry of Agreed E–Discovery Order. Signed by District Judge Rodney Gilstrap on 4/19/2022. (ch, ) (Entered: 04/19/2022) |
| 04/21/2022 | Ï 48 | REPLY to Response to Motion re 25 MOTION to Change Venue *Pursuant to 28 USC 1404(a) filed by Amazon.com Services, Inc., Amazon.com, Inc.*. (Attachments: # 1 Supplemental Declaration of Philip Hilmes, # 2 Supplemental Declaration of Jeremy Anapol, # 3 Exhibit 34, # 4 Exhibit 35, # 5 Exhibit 36, # 6 Exhibit 37, # 7 Exhibit 38)(Anapol, Jeremy) (Entered: 04/21/2022) |
| 04/28/2022 | Ï 49 | SUR–REPLY to Reply to Response to Motion re 25 MOTION to Change Venue *Pursuant to 28 USC 1404(a) filed by Jawbone Innovations, LLC*. (Fabricant, Alfred) (Entered: 04/28/2022) |
| 05/18/2022 | Ï | NOTICE of Hearing on Motion 25 MOTION to Change Venue *Pursuant to 28 USC 1404(a)* : Motion Hearing set for 7/19/2022 01:30 PM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 05/18/2022) |
| 05/25/2022 | Ï 50 | NOTICE by Amazon.com Services, Inc., Amazon.com, Inc. *of Compliance with Docket Control Order and Local Patent Rule P.R. 3–4(a)* (Heideman, Colin) (Entered: 05/25/2022) |
| 06/21/2022 | Ï | NOTICE of Hearing on Motion 25 MOTION to Change Venue *Pursuant to 28 USC 1404(a)* : Motion Hearing set for 7/19/2022 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. **NOTE: ONLY THE TIME HAS CHANGED.(aeb) (Entered: 06/21/2022) |
| 06/23/2022 | Ï 51 | NOTICE by Amazon.com Services, Inc., Amazon.com, Inc. *of Compliance with Docket Control Order and Local Patent Rule P.R. 3–3 and 3–4* (Heideman, Colin) (Entered: 06/23/2022) |
| 07/05/2022 | Ï 52 | NOTICE of Attorney Appearance – Pro Hac Vice by Mark Lezama on behalf of Amazon.com Services, Inc., Amazon.com, Inc.. Filing fee $ 100, receipt number ATXEDC–9002958. (Lezama, Mark) (Entered: 07/05/2022) |
| 07/19/2022 | Ï 53 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Motion Hearing held on 7/19/2022 re 25 MOTION to Change Venue *Pursuant to 28 USC 1404(a)* filed by Amazon.com, Inc., Amazon.com Services, Inc.. (Court Reporter Shawn McRoberts, RMR, CRR) (Attachments: # 1 Attorney Attendance Sheet) (aeb) (Entered: 07/19/2022) |
| 08/01/2022 | Ï 54 | Opposed SEALED MOTION *for Leave to Supplement the Record In Support of Jawbone Innovations, LLC's Opposition to Defendants Amazon.com, Inc. and Amazon.com Services, Inc.'s Motion to Transfer Venue to the Northern District of California Pursuant to 28 U.S.C. § 1404(a)* by Jawbone Innovations, LLC. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Lambrianakos, Peter) (Entered: 08/01/2022) |

| | | |
|---|---|---|
| 08/04/2022 | ï 55 | REDACTION to 54 Opposed SEALED MOTION *for Leave to Supplement the Record In Support of Jawbone Innovations, LLC's Opposition to Defendants Amazon.com, Inc. and Amazon.com Services, Inc.'s Motion to Transfer Venue to the Northern District of California Pur* by Jawbone Innovations, LLC. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Lambrianakos, Peter) (Entered: 08/04/2022) |
| 08/11/2022 | ï 56 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Hearing on Motion to Transfer Proceedings held on 07/19/2022 before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shawn McRoberts,Telephone number: (903) 923–8546.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 9/1/2022. Release of Transcript Restriction set for 11/9/2022. (smm, ) (Entered: 08/11/2022) |
| 08/16/2022 | ï 57 | RESPONSE in Opposition re 54 Opposed SEALED MOTION *for Leave to Supplement the Record In Support of Jawbone Innovations, LLC's Opposition to Defendants Amazon.com, Inc. and Amazon.com Services, Inc.'s Motion to Transfer Venue to the Northern District of California Pur* filed by Amazon.com Services, Inc., Amazon.com, Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Declaration of Colin Heideman, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4)(Heideman, Colin) (Entered: 08/16/2022) |
| 09/14/2022 | ï 58 | NOTICE by Amazon.com Services, Inc., Amazon.com, Inc. *of Compliance with Docket Control Order and Local Patent Rule P.R. 4−1* (Heideman, Colin) (Entered: 09/14/2022) |
| 09/15/2022 | ï 59 | NOTICE by Jawbone Innovations, LLC *of Compliance with service of its P. R. 4−1 Disclosures* (Fabricant, Alfred) (Entered: 09/15/2022) |
| 09/21/2022 | ï 60 | ORDER denying 54 Sealed Motion; granting 25 Motion to Change Venue. Signed by District Judge Rodney Gilstrap on 9/21/2022. (ch, ) (Entered: 09/21/2022) |