Alfred R. Fabricant
ffabricant@fabricantllp.com
Peter Lambrianakos
plambrianakos@fabricantllp.com
Vincent J. Rubino, III
vrubino@fabricantllp.com
Richard Cowell
rcowell@fabricantllp.com
Justine Minseon Park
apark@fabricantllp.com
Jacob Ostling
jostling@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Benjamin T. Wang
bwang@raklaw.com
Minna Y. Chan
mchan@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

Attorneys for Plaintiff
*Jawbone Innovations, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAWBONE INNOVATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AMAZON.COM, INC and AMAZON.COM SERVICES INC.,<br><br>*Defendants*. | Case No. 22-cv-06727-TLT<br><br>**PLAINTIFF JAWBONE INNOVATIONS, LLC'S NOTICE OF RECENT DECISION REGARDING DEFENDANTS' MOTION TO STAY PENDING PARALLEL PROCEEDING (DKT. 85)**<br><br>Hon. Judge Trina L. Thompson |

Plaintiff Jawbone Innovations, LLC ("Jawbone") respectfully notifies the Court of the following recent decision from IPR2022-00604, relevant to the Court's consideration of Defendants Amazon.com, Inc. and Amazon.com, LLC's Motion to Stay Pending Parallel Proceedings and Vacate Case Management Conference (Dkt. 85) and Jawbone's Response in Opposition, which was filed February 28, 2023 (Dkt. 99).

- *Google LLC v. Jawbone Innovations, LLC*, IPR2022-00604, Paper No. 17 (P.T.A.B. Mar. 3, 2023) (Decision Denying Petitioner's Request for Rehearing).

A copy of this decision is attached hereto as Exhibit A.

DATED: March 3, 2023

Respectfully submitted,

**RUSS AUGUST & KABAT**

By: */s/ Benjamin T. Wang*
     Benjamin T. Wang

**FABRICANT LLP**
Alfred R. Fabricant
afabricant@fabricantllp.com
Peter Lambrianakos
plambrianakos@fabricantllp.com
Vincent J. Rubino, III
vrubino@fabricantllp.com
Richard Cowell
rcowell@fabricantllp.com
Justine Minseon Park
apark@fabricantllp.com
Jacob Ostling
jostling@fabricantllp.com
411 Theodore Fremd Road, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

**RUSS AUGUST & KABAT**
Benjamin T. Wang
bwang@raklaw.com
Minna Y. Chan
mchan@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Plaintiff*
Jawbone Innovations, LLC

**CERTIFICATE OF SERVICE**

I certify that I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the Northern District of California using the CM/ECF System on March 3, 2023.

I certify that all counsel of record who are deemed to have consented to electronic service are being served on March 3, 2023 with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

DATED: March 3, 2023             */s/ Benjamin T. Wang*